AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Zoli Joseph Saunt | ) | 1:21 MJ 9126 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
2:54 pm Mar 18 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 25, 2020  in the county of  Cuyahoga  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

see attached Affidavit fully incorporated herein

☑ Continued on the attached sheet.

*Complainant's signature*

Paul Cruz, SA, FBI
*Printed name and title*

Sworn to via telephone after submission
by reliable electronic means.
Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 03/18/2021

*Judge's signature*

City and state:  Cleveland, Ohio      William H. Baughman, Jr.,  U.S. Magistrate Judge
*Printed name and title*